**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                    **Case No:  2:06-cr-66-Ftm-29SPC**

**MAIKEN AGUILA,**

_____/

### MOTION FOR EARLY TERMINATION OF SUPERVISION

On behalf of my client, MAIKEN AGUILA,  I hereby move for early termination of supervision, as follows:

1.  I was appointed to represent Mr. Aguila on May 19, 2006.

2.  Mr. Aguila  previously entered a guilty plea to these charges, and  was sentenced on March 12, 2007.

3.  Mr. Aguila was sentenced, _inter alia_, to 3 years of supervised release.

4.  Mr. Aguila has now served more than 2 years of his three year period of supervision.  I am  informed that Mr. Aguila has been in total compliance with his conditions of supervision.

5. Mr. Aguila was recently married.  Mr. Aguila would like to continue his new life without the constraints imposed by continued supervision.

6.  I contacted Mr. Aguila's probation officer, Sig Buganski in Key West, and he indicated that he did not oppose this request.

1

7.  I attempted to contact AUSA David Haas regarding this request, but he was not available.

WHEREFORE, on behalf of my client, I respectfully move this Honorable Court to terminate Mr. Aguila's remaining period of supervised release.

Respectfully submitted,

DONN LEE ELM
FEDERAL DEFENDER

By:  /s/ Martin DerOvanesian
 Martin DerOvanesian
Assistant Federal Public Defender
FL Bar ID No.0288268
1514 Broadway, Suite 301
Fort Myers, Florida 33901-3019
Telephone: (239) 334-0397 Fax: (239) 334-4109
Counsel for Mr. Aguila

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of March, 2009, the foregoing was electronically filed with the Clerk of Court, and a copy will be sent electronically to David Haas, Assistant United States Attorney, 2110 First Street, Fort Myers, Florida 33901. Additionally, a true and correct copy of the foregoing has been furnished by United States Mail to Mr. Aguila.

/s/ Martin DerOvanesian
Martin DerOvanesian
Assistant Federal Public Defender

2